United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2007**

Charles R. Fulbruge III
Clerk

I n the
# United States Court of Appeals
## for the Fifth Circuit

---

m 03-41492

---

LAURA ESTELA SALAZAR-REGINO,

Petitioner-Appellant,

VERSUS

E.M. TROMINSKI,
DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents-Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \*

TEODULO CANTU-DELGADILLO,

Petitioner-Appellant,

VERSUS

E.M. TROMINSKI,
DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents-Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \*

DANIEL CARRIZALES-PEREZ,

Petitioner-Appellant,

VERSUS

AARON CABRERA,
ACTING DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ACTING DIRECTOR HLG/DO;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents-Appellees.

* * * * * * * * * * * * * *

MANUEL SANDOVAL-HERRERA,

Petitioner-Appellant,

AARON CABRERA,
ACTING DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents-Appellees.

* * * * * * * * * * * * * *

RAUL HERNANDEZ PANTOJA,

                              Petitioner-Appellant,

VERSUS

ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES;
CHARLES ARENDALE,
ACTING DIRECTOR;

                              Respondents-Appellees.


\* \* \* \* \* \* \* \* \* \* \* \* \* \*


JOSE MARTIN OVIEDO-SIFUENTES,

                              Petitioner-Appellant,

VERSUS

CHARLES ARENDALE,
ACTING DIRECTOR;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

                              Respondents-Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

3

CESAR LUCIO,

Petitioner-Appellant,

CHARLES ARENDALE,
ACTING DIRECTOR;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents-Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

PRAXEDIS RODRIGUEZ,

Petitioner-Appellant,

VERSUS

AARON CABRERA;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents-Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOHEMI RANGEL-RIVERA,

Petitioner-Appellant,

VERSUS

AARON CABRERA;
ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondents-Appellees.

4

On Remand from the Supreme Court of the United States

Before JOLLY, SMITH, and DEMOSS,
    Circuit Judges.

PER CURIAM:

In *Salazar-Regino v. Moore*, 127 S. Ct. 827 (2006), the Court granted the petition for writ of certiorari, and this court's opinion, *Salazar-Regino v. Trominski*, 415 F.3d 436 (5th Cir. 2005), was vacated and remanded for further consideration in light of *Lopez v. Gonzales*, 549 U.S. ___, 127 S. Ct. 625 (2006). We have invited the parties to submit letters stating what action they wish this court to take on remand. We are in agreement with the joint request of the parties and therefore direct the following:

As to petitioner Jose Oviedo-Sifuentes, no remand is warranted at this time. The Clerk is directed to issue a briefing schedule to address any remaining issues that were not addressed in our prior opinion.

As to the other petitioners who have appealed under Fifth Circuit No. 03-41492, *to-wit*, Laura Salazar-Regino, Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez Pantoja, Cesar Lucio, Praxedis Rodriguez, and Nohemi Rangel-Rivera, the judgment of the district court is VACATED, and this matter is RE-MANDED to the Board of Immigration Appeals for further consideration in light of *Lopez*.